832

the Court of Claims denied. *A. D. Sutherland* and *Lawrence J. Bernard* for petitioner. *Acting Solicitor General Washington, Peyton Ford* and *Paul A. Sweeney* for the United States.

No. 1210. FUJIKAWA ET AL. *v.* SUNRISE SODA WORKS Co. ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *R. A. Vitousek, Masaji Marumoto* and *Henry F. Butler* for petitioners. *Kennett B. Dawson* for respondents.

No. 1237. NEW YORK *v.* UNITED STATES (RELATIVE TO THE CONDEMNATION BY THE UNITED STATES OF CERTAIN EASEMENT RIGHTS IN 220 ACRES OF LAND IN ESSEX AND HAMILTON COUNTIES, NEW YORK). June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Henry S. Manley,* Assistant Attorney General, for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Vanech, Roger P. Marquis* and *Fred W. Smith* for the United States.

No. 1240. RACKLEY *v.* UNITED STATES. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.